# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------X

United States of America,

                                         95   MAG 1354 (MRG)

                                           ORDER

-against-

STEVEN WILLIAMS



                          Defendant.

------------------------------X

Pursuant to an oral application by the Government presented on 10/26/95 the above entitled action is hereby dismissed.

So Ordered:

Martin R. Goldberg
United States Magistrate Judge

Dated: Newburgh, New York
       October 26, 1995